# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| IRA KLEIMAN , et al. | |
| PLAINTIFF(S) | 2:20−mc−00044 |
| v. | |
| CRAIG WRIGHT | |
| | **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

__4/15/2020__          __2__          __NOTICE OF MOTION AND MOTION to file document Motion to Compel Compliance with Subpoena__

Date Filed          Doc. No.       Title of Doc.

**ERROR(S) WITH DOCUMENT:**

A case−initiating document was submitted without payment of the full filing fee. Within two business days of this notice, counsel must pay the filing fee or file a request to proceed in forma pauperis; otherwise, the docket for this case number will be closed and no further filings will be permitted under this case number. The filing fee may be paid online by docketing the event "Pay Filing Fee."

*Other Error(s):*

Clerk, U.S. District Court

Dated:_ April 15, 2020 _          By: _ /s/ *Geneva Hunt  Geneva_Hunt@cacd.uscourts.gov* __
                                   Deputy Clerk