# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA KLEIMAN, et al.<br><br>**PLAINTIFF(S)**<br><br>v.<br><br>CRAIG WRIGHT<br><br>**DEFENDANT(S).** | CASE NUMBER:<br><br>2:20-mc-00044-JFW-KS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| 4/15/2020 | 2 | NOTICE OF MOTION AND MOTION to file document Motion to Compel Compliance with Subpoena |

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1-1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83-7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: April 15, 2020     By: /s/ *Geneva Hunt  Geneva_Hunt@cacd.uscourts.gov*
                                 Deputy Clerk