UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.   20-mc-00044-JFW(KSx) | Dated: April 16, 2020 |

Title:   In Re Subpoena to Marc Lowe

PRESENT:   HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE

| | |
|---|---|
| Shannon Reilly<br>Courtroom Deputy | None Present<br>Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     REFERRAL ORDER

   The Court, on its own motion, hereby refers this action filed on April 15, 2020, to Magistrate Judge Karen L. Stevenson for disposition.

Initials of Deputy Clerk   sr