| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>ROCHE CYRULNIK FREEDMAN LLP<br>Katherine Eskovitz (SBN 255105)<br>158 26th Street, Suite 175, Santa Monica, CA 90403<br>Telephone: (929) 457-0050; Email: keskovitz@rcfllp.com<br><br>Velvel (Devin) Freedman (Fla. Bar. No. 99762)<br>200 S. Biscayne Blvd, Suite 5500, Miami, FL 33131<br>Telephone: (305) 357-3861; Email: vel@rcfllp.com<br><br>ATTORNEY(S) FOR: Ira Kleiman, et al. | CLEAR FORM |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE SUBPOENA TO MARC LOWE<br><br>v.<br><br>Plaintiff(s),<br><br>Defendant(s) | CASE NUMBER:<br>20-mc-00044<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>**(Local Rule 7.1-1)** |

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   IRA KLEIMAN, as Personal Rep. of the Estate of David Kleiman, et al. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ira Kleiman, as the personal representative of the Estate of David Kleiman | Plaintiff in Underlying Litigation<br>9:18-cv-80176-BB (U.S.D.C. Southern District of Florida) |
| W&K Info Defense Research, LLC | Plaintiff in Underlying Litigation<br>9:18-cv-80176-BB (U.S.D.C. Southern District of Florida) |
| Craig Wright | Defendant in Underlying Litigation<br>9:18-cv-80176-BB (U.S.D.C. Southern District of Florida) |
| Marc Lowe | Non-Party Subject to Subpoena |

| | |
|---|---|
| April 16, 2020<br>Date | /s/ Katherine Eskovitz<br>Signature |

Attorney of record for (or name of party appearing in pro per):

IRA KLEIMAN, as Personal Rep. of the Estate of David Kleiman, et al.