Name and address:
ROCHE CYRULNIK FREEDMAN LLP
VELVEL (DEVIN) FREEDMAN (Fla. Bar. No. 99762)
200 S. Biscayne Blvd, Suite 5500
Miami, FL 33131

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE SUBPOENA TO M. L. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 20-mc-00044 |
| v. | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Freedman, Velvel (Devin)
*Applicant's Name (Last Name, First Name & Middle Initial)*

(305) 357-3861
*Telephone Number*

(646) 392-8842
*Fax Number*

vel@rcfllp.com
*E-Mail Address*

of

Roche Cyrulnik Freedman LLP
200 S. Biscayne Blvd, Suite 5500
Miami, FL 33131
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

**and designating as Local Counsel**

Eskovitz, Katherine, A.
*Designee's Name (Last Name, First Name & Middle Initial)*

255105
*Designee's Cal. Bar No.*

(646) 791-6883
*Telephone Number*

(646) 392-8842
*Fax Number*

keskovitz@rcfllp.com
*E-Mail Address*

of

Roche Cyrulnik Freedman LLP
158 26th Street, Suite 175
Santa Monica, CA 90403
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge