**ROCHE CYRULNIK FREEDMAN LLP**
KATHERINE ESKOVITZ (SBN 255105)
158 26th Street, Suite 175
Santa Monica, CA 90403
Telephone: (929) 457-0050
keskovitz@rcfllp.com

VELVEL (DEVIN) FREEDMAN (Fla. Bar. No. 99762)
200 S. Biscayne Blvd, Suite 5500
Miami, FL 33131
Telephone:  (305) 357-3861
vel@rcfllp.com

Attorneys for IRA KLEIMAN, as Personal
Representative of the Estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO M.L.<br><br>IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | Misc. Case No. 2:20-MC-44<br><br>Underlying Litigation:<br>Case No. 9:18-cv-80176-BB<br>United States District Court<br>Southern District of Florida<br><br>**PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>[LOCAL CIVIL RULE 79-5.2.2(a)] |

APPLICATION FOR LEAVE TO FILE UNDER SEAL

1    Pursuant to the Court's order dated April 16, 2020 (Dkt. 9), Ira Kleiman, as personal

2    representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

3    (collectively, "Plaintiffs") respectfully submit this Application for Leave to File Under Seal (the

4    "Application").

5    Plaintiffs previously filed an Application for Leave to File Case Under Seal on April 15,

6    2020 (the "Initial Application").  (*See* Dkt. 1.)  The following day, this Court ruled on the Initial

7    Application.  In particular, the Court ruled as follows:

8    
9    
10   
11

> [T]he Application to Seal is provisionally DENIED unless within three (3) Court days of the date of this order, Plaintiffs either:  (1) resubmit the Application with appropriately redacted versions of the Joint Stipulation and Exhibits, 3, 4, and 5; or (2) shows good cause, in writing, why the entirety of the Joint Stipulation and each of the individual Exhibits accompanying Plaintiff's Motion to Compel should be filed under seal.

12   (Dkt. 9, at 5 (emphases removed).)

13   On review of the Court's order and the relevant authorities, Plaintiffs will be

14   "resubmit[ing] the Application with appropriately redacted versions of the Joint Stipulation and

15   Exhibits 3, 4, and 5."  Accordingly, Plaintiffs have attached to their Application (1) a redacted

16   version of the Initial Application (and its supporting filings); (2) a redacted version of the Joint

17   Stipulation (and its supporting filings), and (3) redacted versions of Exhibits 3, 4, and 5.

18   Plaintiffs' proposed redactions to the Joint Stipulation (and its supporting filings) and

19   Exhibits 3, 4, and 5 are consistent with those the Court authorized.  In particular, the Court held

20   that Plaintiffs had "shown good cause" to redact "facts presented regarding risks to the safety of

21   the witness" and "personally identifying information about the witness."  (*Id.*)  Plaintiffs'

22   proposed redactions fall within these categories.[1]

23   To further protect the witness's privacy, Plaintiffs also respectfully request that the

24   Court seal the Initial Application (Dkt. 1), in addition to the Declaration of Velvel (Devin)

25   Freedman in Support of the Initial Application (Dkt. 1-1), and the Proposed Order Granting the

26   Initial Application (Dkt. 1-2).  *See Nicolosi Distributing, Inc. v. Finishmaster, Inc.*, No. 18-cv-

27

---

28   [1] Specifically, Plaintiffs only redacted information identifying the witness, the witness's address, and the witness's appearance, and information that bears on the witness's safety.

-1-

APPLICATION FOR LEAVE TO FILE UNDER SEAL

1   03587, 2018 WL 3932554, at *4 (N.D. Cal. Aug. 18, 2018) (sealing previously-filed

2   documents).

3        Finally, to further protect the witness's privacy, Plaintiffs respectfully request that the

4   name of this action be changed to "In re Subpoena to M.L."

5        For the foregoing reasons, Plaintiffs respectfully request that the Court seal the

6   documents referenced herein to the extent provided by Plaintiffs' proposed redactions.

7

8                                              Respectfully submitted,

9    Dated: April 17, 2020                     /s/   Katherine Eskovitz
                                                Katherine Eskovitz (SBN 255105)
10                                              **ROCHE CYRULNIK FREEDMAN LLP**
                                                158 26th Street, Suite 175
11                                              Santa Monica, CA 90403
                                                Telephone: (929) 457-0050
12                                              keskovitz@rcfllp.com

13                                              Velvel (Devin) Freedman
                                                Florida Bar No. 99762
14                                              200 S. Biscayne Blvd, Suite 5500
                                                Miami, Florida 33131
15                                              Telephone: (305) 357-3861
                                                vel@rcfllp.com
16                                              nbermond@rcfllp.com

17                                              *Counsel to Plaintiff Ira Kleiman as Personal
                                                Representative of the Estate of David*
18                                              *Kleiman and W&K Info Defense Research,
                                                LLC*

19

20

21

22

23

24

25

26

27

28

-2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

     I HEREBY CERTIFY that on April 17, 2020, I served the foregoing document to the witness's attorneys via email at rbuckner@glaserweil.com and pglaser@glaserweil.com.


                   /s/ *Katherine Eskovitz*
                   Katherine Eskovitz

-3-

APPLICATION FOR LEAVE TO FILE UNDER SEAL