**ROCHE CYRULNIK FREEDMAN LLP**
KATHERINE ESKOVITZ (SBN 255105)
158 26th Street, Suite 175
Santa Monica, CA 90403
Telephone: (929) 457-0050
keskovitz@rcfllp.com

VELVEL (DEVIN) FREEDMAN (Fla. Bar. No. 99762)
200 S. Biscayne Blvd, Suite 5500
Miami, FL 33131
Telephone: (305) 357-3861
vel@rcfllp.com

Attorneys for IRA KLEIMAN, as Personal Representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO M.L.<br><br>IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | Misc. Case No. 2:20-MC-44<br><br>Underlying Litigation:<br>Case No. 9:18-cv-80176-BB<br>United States District Court<br>Southern District of Florida<br><br>**DECLARATION OF VELVEL (DEVIN) FREEDMAN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>[LOCAL CIVIL RULE 79-5.2.2(a)] |

DECLARATION

## DECLARATION OF VELVEL (DEVIN) FREEDMAN

1. I am an attorney for Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, "Plaintiffs"). I am admitted to practice in the U.S. Supreme Court, Florida, District of Columbia, U.S. Court of Appeals for the Ninth and Eleventh Circuits, and all U.S. District Courts in Florida.

2. I am over the age of eighteen. The statements in this declaration are based on my personal knowledge and they are true and accurate to the best of my knowledge and belief. I make this declaration in support of Plaintiffs' Application for Leave to File Under Seal, filed contemporaneously with this declaration.

3. Plaintiffs' Application for Leave to File Under Seal is not opposed by M.L.

4. On April 15, 2020, Plaintiffs filed an Application for Leave to File Case Under Seal (the "Initial Application"). (Dkt. 1.) In the Initial Application, Plaintiffs explained why good cause exists to seal certain information contained in Plaintiffs' Motion to Compel Compliance with Subpoena.

5. On April 16, 2020, the Court provisionally denied Plaintiffs' Initial Application, unless Plaintiffs timely "resubmit[ted] the Application with appropriately redacted versions of the Joint Stipulation and Exhibits 3, 4, and 5." (Dkt. 9.)

6. Nevertheless, the Court found that Plaintiffs had "shown good cause" why certain information contained in Plaintiffs' Motion to Compel Compliance with Subpoena should be nonpublic.

7. Accordingly, consistent with that finding, Plaintiffs have proposed redactions of such information from their Motion to Compel Compliance with Subpoena.

8. Attached as Exhibit 1 is a true and correct copy of the Notice of Motion to Compel Compliance with Subpoena, with proposed redactions.

9. Attached as Exhibit 2 is a true and correct copy of the Joint Stipulation Under Local Rule 37-2 Regarding Plaintiffs' Motion to Compel Compliance with Subpoena, with proposed redactions.

10. Attached as Exhibit 3 is a true and correct copy of the Declaration of Velvel (Devin) Freedman in Support of Plaintiffs' Motion to Compel Compliance with Subpoena, with proposed redactions.

11. Attached as Exhibit 4 is a true and correct copy of Exhibit 3 to the Declaration of Velvel (Devin) Freedman in Support of Plaintiffs' Motion to Compel Compliance with Subpoena, with proposed redactions.

12. Attached as Exhibit 5 is a true and correct copy of Exhibit 4 to the Declaration of Velvel (Devin) Freedman in Support of Plaintiffs' Motion to Compel Compliance with Subpoena, with proposed redactions.

13. Attached as Exhibit 6 is a true and correct copy of Exhibit 5 to the Declaration of Velvel (Devin) Freedman in Support of Plaintiffs' Motion to Compel Compliance with Subpoena, with proposed redactions.

14. Attached as Exhibit 7 is a true and correct copy of the Proposed Agreed Order Granting Plaintiffs' Motion to Compel Compliance with Subpoena, with proposed redactions.

15. Plaintiffs have likewise proposed redactions of such information from their Initial Application. (Dkt. 1.)

16. Attached as Exhibit 8 is a true and correct copy of Plaintiffs' Initial Application, with proposed redactions.

17. Attached as Exhibit 9 is a true and correct copy of the Declaration of Velvel (Devin) Freedman in Support of Plaintiffs' Initial Application, with proposed redactions.

18. Attached as Exhibit 10 is a true and correct copy of the Proposed Order Granting Plaintiffs' Initial Application, with proposed redactions.

I declare the foregoing statements to be true under the penalty of perjury under the laws of the United States of America.

Dated: April 17, 2020         */s/ Velvel (Devin) Freedman*
                              Velvel (Devin) Freedman, Esq.