# EXHIBIT 1

**ROCHE CYRULNIK FREEDMAN LLP**
KATHERINE ESKOVITZ (SBN 255105)
158 26th Street, Suite 175
Santa Monica, CA 90403
Telephone: (929) 457-0050
keskovitz@rcfllp.com

VELVEL (DEVIN) FREEDMAN (Fla. Bar. No. 99762)
200 S. Biscayne Blvd, Suite 5500
Miami, FL 33131
Telephone: (305) 357-3861
vel@rcfllp.com

Attorneys for IRA KLEIMAN, as Personal Representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO ▮▮▮ | Misc. Case No. 20-MC-_____ |
| | Underlying Litigation:<br>Case No. 9:18-cv-80176-BB<br>United States District Court<br>Southern District of Florida |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | **[DISCOVERY MATTER]**<br><br>**NOTICE OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**<br><br>Judge: TBD<br>Hearing Date: TBD<br>Hearing Time: TBD<br>Courtroom: TBD |

NOTICE OF MOTION TO COMPEL

## NOTICE OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

PLEASE TAKE NOTICE THAT Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, "Plaintiffs") move for an order compelling ▮▮▮▮ to comply with a subpoena issued by the United States District Court for the Southern District of Florida in accordance with the protections for ▮▮▮ and his family described in the Joint Stipulation and in the Proposed Order. This motion is supported by the attached Joint Stipulation Under Local Rule 37-2 Regarding Plaintiffs' Motion to Compel Compliance with Subpoena and Declaration of Velvel (Devin) Freedman.

Dated: April 15, 2020

ROCHE CYRULNIK FREEDMAN LLP

/s/ *Katherine Eskovitz*
Katherine Eskovitz (SBN 255105)
158 26th Street, Suite 175
Santa Monica, CA 90403
Telephone: (929) 457-0050
keskovitz@rcfllp.com

Velvel (Devin) Freedman
200 S. Biscayne Blvd, Suite 5500
Miami, FL 33131
Telephone: (305) 357-3861
vel@rcfllp.com

*Attorneys for Ira Kleiman, as Personal Representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC*

-1-
NOTICE OF MOTION TO COMPEL