# EXHIBIT 3

1  **ROCHE CYRULNIK FREEDMAN LLP**
   KATHERINE ESKOVITZ (SBN 255105)
2  158 26th Street, Suite 175
   Santa Monica, CA 90403
3  Telephone: (929) 457-0050
   keskovitz@rcfllp.com
4
   VELVEL (DEVIN) FREEDMAN (Fla. Bar. No. 99762)
5  200 S. Biscayne Blvd, Suite 5500
   Miami, FL 33131
6  Telephone: (305) 357-3861
   vel@rcfllp.com
7
   Attorneys for IRA KLEIMAN, as Personal
8  Representative of the Estate of David Kleiman,
   and W&K INFO DEFENSE RESEARCH, LLC
9

10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13                    **WESTERN DIVISION**

14

15 | IN RE SUBPOENA TO ███ | Misc. Case No. 20-MC-_____ |
16 | ███ | |
   | | Underlying Litigation: |
17 | IRA KLEIMAN, as the personal | Case No. 9:18-cv-80176-BB |
   | representative of the Estate of David | United States District Court |
18 | Kleiman, and W&K Info Defense | Southern District of Florida |
   | Research, LLC, | |
19 | | **[DISCOVERY MATTER]** |
   | Plaintiffs, | |
20 | | **FILED UNDER SEAL** |
   | v. | |
21 | | **DECLARATION OF VELVEL (DEVIN)** |
   | CRAIG WRIGHT, | **FREEDMAN IN SUPPORT OF** |
22 | | **PLAINTIFFS' MOTION TO COMPEL** |
   | Defendant. | **COMPLIANCE WITH SUBPOENA** |
23

24

25

26

27

28

   DECLARATION

# DECLARATION OF VELVEL (DEVIN) FREEDMAN

1. I am an attorney for Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, "Plaintiffs"). I am admitted to practice in the U.S. Supreme Court, Florida, District of Columbia, U.S. Court of Appeals for the Ninth and Eleventh Circuits, and all U.S. District Courts in Florida.

2. I am over the age of eighteen. The statements in this declaration are based on my personal knowledge and they are true and accurate to the best of my knowledge and belief. I make this declaration in support of Plaintiffs' Motion to Compel Compliance with Subpoena, filed contemporaneously with this declaration.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Order on Plaintiffs' Motion to Compel, *Kleiman v. Wright*, No. 9:18-cv-80176-BB (S.D. Fla. Aug. 27, 2019), ECF No. 277.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Order on Defendant's Objection to Magistrate Order on Plaintiff's Motion to Compel, *Kleiman v. Wright*, No. 9:18-cv-80176-BB (S.D. Fla. Jan. 10, 2020), ECF No. 373.

5. Attached hereto as Exhibit 3 is a true and correct copy of the subpoena (the "Subpoena") issued pursuant to Federal Rule of Civil Procedure 45 to ▇▇▇▇▇ by the United States District Court for the Southern District of Florida, in connection with an action pending in that district, *Kleiman v. Wright*, No. 9:18-cv-80176-BB (S.D. Fla.) (the "Florida Action").

6. Attached hereto as Exhibit 4 is a true and correct copy of Google Maps directions from ▇▇▇▇▇ to the deposition location specified in the Subpoena. Those directions indicate that the deposition location is 97.1 miles from ▇▇▇▇▇.

7. Attached hereto as Exhibit 5 is the Affidavit of Service.

8. After ▇▇▇▇▇ was served with the Subpoena, I conducted numerous meet and confers with his attorneys. During those discussions, ▇▇▇▇▇ attorneys raised certain

DECLARATION

objections on behalf of ▮▮▮▮, including that ▮▮▮▮ believed that a deposition could subject him and his family to ▮▮▮▮▮▮▮▮▮▮▮▮.

9. After this extensive back and forth, ▮▮▮▮ agreed to withdraw his objection to the subpoena provided the deposition was subject to the limitations set forth in the Proposed Agreed Order submitted in connection with Plaintiffs' Motion to Compel Compliance with Subpoena and in the Proposed Order on Plaintiffs' Motion to Seal.

10. Pursuant to Local Rule 37-2, true and correct copies of the scheduling orders entered in connection with the Florida Action are attached as follows:

| Declaration Exhibit | Date Entered in Florida Action | Docket Entry from Florida Action |
| --- | --- | --- |
| 6 | May 14, 2018 | DE 21 |
| 7 | January 3, 2019 | DE 78 |
| 8 | April 17, 2019 | DE 148 |
| 9 | January 16, 2020 | DE 382 |
| 10 | March 25, 2020 | DE 441 |

I declare the foregoing statements to be true under the penalties of perjury under the laws of the United States of America.

Dated: April 15, 2020

/s/ *Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.