# EXHIBIT 5

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 4

to Boies Schiller & Flexner LLP

Case 2:20-mc-00044-JFW-KS Document 12-6 Filed 04/17/20 Page 4 of 4 Page ID #:170



Boies Schiller & Flexner LLP

401 W sh re B vd #850 Santa Mon ca CA 90401

These d ec ons a e fo p ann ng pu poses on y
You may find ha cons uc on p ojec s, affic,
wea he , o o he even s may cause cond ons o
d ffe f om he map esu s, and you shou d p an
you ou e acco d ng y You mus obey a s gns o
no ces ega d ng you ou e