# EXHIBIT 6

# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Ira Kleiman, et al.

CIVIL ACTION NO.: 9:18-CV-80176

Plaintiff

vs

Craig Wright

Defendant

## AFFIDAVIT OF SERVICE

State of California }

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of California, .

That on **03/12/2020** at **2:13 PM** at

deponent served a(n) **Subpoena to Testify at a Deposition in a Civil Action**

on

by delivering a true copy to said witness personally;

deponent knew the person so served to be the witness described in said subpoena.

At the time of said service, deponent paid (tendered) in advance $140.00 the authorized traveling expenses and one day's witness fee.

Sworn to before me this
day of March, 2020

-----------------------------------
NOTARY PUBLIC

-----------------------------------
Ryan Carter
License No.Reg #241 Santa Barbara County

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160