# EXHIBIT 7

**ROCHE CYRULNIK FREEDMAN LLP**
KATHERINE ESKOVITZ (SBN 255105)
158 26th Street, Suite 175
Santa Monica, CA 90403
Telephone: (929) 457-0050
keskovitz@rcfllp.com

VELVEL (DEVIN) FREEDMAN (Fla. Bar. No. 99762)
200 S. Biscayne Blvd, Suite 5500
Miami, FL 33131
Telephone: (305) 357-3861
vel@rcfllp.com

Attorneys for IRA KLEIMAN, as Personal
Representative of the Estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO ▊▊▊ | Misc. Case No. 20-MC-_____ |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CRAIG WRIGHT, <br><br> Defendant. | Underlying Litigation:<br>Case No. 9:18-cv-80176-BB<br>United States District Court<br>Southern District of Florida<br><br>**[DISCOVERY MATTER]**<br><br>**[PROPOSED] AGREED ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA** |

[PROPOSED] AGREED ORDER GRANTING MOTION TO COMPEL

1   This matter came before the Court on a Motion to Compel Compliance with Subpoena
2   filed by Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info
3   Defense Research, LLC (collectively, "Plaintiffs"). Plaintiffs sought an order compelling ▮
4   ▮ to comply with a subpoena (the "Subpoena") issued by the United States District
5   Court for the Southern District of Florida in connection with an action pending in that district,
6   *Kleiman v. Wright*, No. 9:18-cv-80176-BB (S.D. Fla.) (the "Florida Action").
7   In particular, Plaintiffs sought an order finding the agreement reached by counsel was
8   reasonable and necessary for the protection of ▮ privacy and safety. Having reviewed
9   the record, and being otherwise appraised, the Court agrees the restrictions agreed by Counsel
10  adequately balance Plaintiffs' need for the information and ▮ need for privacy.
11  Accordingly, it is ORDERED AND ADJUDGED that Plaintiffs' Motion to compel is
12  GRANTED. It is further ORDERED that:
13      1.  ▮ shall sit for a deposition in the Florida Action on April 30, 2020 for no
14  longer than 20 minutes on the record;
15      1.  Due to the ongoing COVID-19 pandemic, the deposition of ▮ shall take
16  place via telephone, on a password protected line, with no video recording;
17      2.  Plaintiffs shall have ten minutes to depose ▮;
18      3.  The subject of the deposition shall be strictly limited to ▮
19  ▮
20  ▮;
21      4.  Any cross-examination of ▮ shall be limited to ten minutes and the
22  subjects described in the preceding paragraph;
23      5.  The transcript from the deposition of ▮ (the "Transcript") shall be
24  designated, either by Plaintiffs or ▮, "Highly Confidential – Attorneys' Eyes Only"
25  under the Stipulated Confidentiality Order governing the Florida Action;
26      6.  To protect ▮ privacy interests, in the event that the Transcript is
27  attached to any filing in the Florida Action, Plaintiffs are to make best efforts to file the
28

-1-
[PROPOSED] AGREED ORDER GRANTING MOTION TO COMPEL

1  transcript under seal and to advise ▓▓▓▓ counsel if this filing occurs so they can intervene
2  if necessary; and
3      7.   To further protect ▓▓▓▓ privacy interests, in the event that the Transcript is
4  used at trial, Plaintiffs are to make best efforts to seal the courtroom, and obtain an instruction
5  from the Southern District of Florida that the jury and all parties and their counsel are not to
6  repeat any information contained in the Transcript.
7      IT IS SO ORDERED.
8
9  Dated: _____     _____
10                                   U.S. DISTRICT COURT JUDGE