# EXHIBIT 9

**ROCHE CYRULNIK FREEDMAN LLP**
KATHERINE ESKOVITZ (SBN 255105)
158 26th Street, Suite 175
Santa Monica, CA 90403
Telephone: (929) 457-0050
keskovitz@rcfllp.com

VELVEL (DEVIN) FREEDMAN (Fla. Bar. No. 99762)
200 S. Biscayne Blvd, Suite 5500
Miami, FL 33131
Telephone: (305) 357-3861
vel@rcfllp.com

Attorneys for IRA KLEIMAN, as Personal
Representative of the Estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO ▮▮▮▮▮ | Misc. Case No. 20-MC-_____ |
| | Underlying Litigation: |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, | Case No. 9:18-cv-80176-BB United States District Court Southern District of Florida |
| Plaintiffs, | **DECLARATION OF VELVEL (DEVIN) FREEDMAN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE CASE UNDER SEAL** |
| v. | |
| CRAIG WRIGHT, | [LOCAL CIVIL RULE 79-5.2.1(a)(ii)] |
| Defendant. | |

DECLARATION

**DECLARATION OF VELVEL (DEVIN) FREEDMAN**

1. I am an attorney for Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, "Plaintiffs"). I am admitted to practice in the U.S. Supreme Court, Florida, District of Columbia, U.S. Court of Appeals for the Ninth and Eleventh Circuits, and all U.S. District Courts in Florida.

2. I am over the age of eighteen. The statements in this declaration are based on my personal knowledge and they are true and accurate to the best of my knowledge and belief. I make this declaration in support of Plaintiffs' Application for Leave to File Case Under Seal, filed contemporaneously with this declaration.

3. Plaintiffs commenced this miscellaneous action solely to enforce a deposition subpoena issued pursuant to Federal Rule of Civil Procedure 45 to ▇▇▇▇ by the United States District Court for the Southern District of Florida (the "Subpoena") in connection with an action pending in that district, *Kleiman v. Wright*, No. 9:18-cv-80176-BB (S.D. Fla.) (the "Florida Action").

4. Plaintiffs intend to depose ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ that the defendant in the underlying Florida Action, Dr. Craig Wright, ▇▇▇▇▇▇▇▇.

5. As explained in the Application for Leave to File Case Under Seal (the "Application"), a bitcoin address is similar to a bank account. For example, once an individual's bitcoin address is disclosed, then anyone can determine how much bitcoin that individual has at that address and can examine that individual's transaction history. More specifically, once the owner of a given bitcoin address is publicly known, anyone can determine (1) how much bitcoin the owner has stored at that address, (2) how much bitcoin has been sent to that address, (3) the date on which each bitcoin was sent to that address, (4) the address from which each bitcoin was sent, (5) how much bitcoin has been sent from that address, (6) the date on which each bitcoin was sent from that address, and (7) the address to which each bitcoin was sent. Moreover, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

-1-

DECLARATION

1 ███████████████████████████████████████████████ Thus,
2 ███████████████████████████████ is highly sensitive ██████ and
3 according to ██████, as a matter of ████████.

4     6.    After the Subpoena was served on ███████, I met and conferred with his
5 counsel. Over the course of those discussions, ████████ attorney made clear to me █
6 ██████ position that, if Plaintiffs' Motion to Compel were not filed under seal, ████████
7 ████████████████████████████████████████████████████████.

8     7.    As explained in the Application, I believe that ████████ privacy concern is
9 legitimate and that, if Plaintiffs' Motion to Compel were publicly disclosed, ████████
10 ████████████████████████████████████████████████████████.
11 Furthermore, I know that it is ████████ strongly held belief that disclosure of this information
12 for him and his family is not only to ████████████████ but could also constitute ███
13 ████████████.

14

15     I declare the foregoing statements to be true under the penalty of perjury under the laws
16 of the United States of America.

17

18
19 Dated: April 15, 2020                          /s/ *Velvel (Devin) Freedman*
                                                         Velvel (Devin) Freedman, Esq.

DECLARATION