# EXHIBIT 10

**ROCHE CYRULNIK FREEDMAN LLP**
KATHERINE ESKOVITZ (SBN 255105)
158 26th Street, Suite 175
Santa Monica, CA 90403
Telephone: (929) 457-0050
keskovitz@rcfllp.com

VELVEL (DEVIN) FREEDMAN (Fla. Bar. No. 99762)
200 S. Biscayne Blvd, Suite 5500
Miami, FL 33131
Telephone: (305) 357-3861
vel@rcfllp.com

Attorneys for IRA KLEIMAN, as Personal Representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO ▮▮▮ | Misc. Case No. 20-MC-_____ |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | Underlying Litigation:<br>Case No. 9:18-cv-80176-BB<br>United States District Court<br>Southern District of Florida<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE CASE UNDER SEAL**<br><br>[LOCAL CIVIL RULE 79-5.2.1(a)(ii)] |

[PROPOSED] ORDER GRANTING APPLICATION

| | |
|---|---|
| 1 | This matter came before the Court on an Application for Leave to File Case Under Seal |
| 2 | filed by Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info |
| 3 | Defense Research, LLC (collectively, "Plaintiffs"). Plaintiffs sought an order sealing their |
| 4 | Motion to Compel Compliance with Subpoena and other case-initiating documents. |
| 5 | Due and adequate notice having been given to the parties, and the Court having |
| 6 | considered all papers filed and proceedings had herein, the Court finds good cause to seal |
| 7 | Plaintiffs' Motion to Compel Compliance with Subpoena and other case-initiating documents in |
| 8 | order to protect the privacy interests and personal safety of ███████████████  Based on |
| 9 | that conclusion, this Court issues the orders set forth below: |
| 10 | 1. Plaintiffs' Application for Leave to File Case Under Seal is GRANTED; |
| 11 | 2. Plaintiffs' Motion to Compel Compliance with Subpoena and other case- |
| 12 | initiating documents shall be filed under seal; and |
| 13 | 3. All further documents filed by any party to this proceeding shall be filed under |
| 14 | seal. |
| 15 | IT IS SO ORDERED. |
| 17 | Dated: _____     _____ |
| 18 | U.S. DISTRICT COURT JUDGE |

-1-

[PROPOSED] ORDER GRANTING APPLICATION