**ROCHE CYRULNIK FREEDMAN LLP**
KATHERINE ESKOVITZ (SBN 255105)
158 26th Street, Suite 175
Santa Monica, CA 90403
Telephone: (929) 457-0050
keskovitz@rcfllp.com

VELVEL (DEVIN) FREEDMAN (Fla. Bar. No. 99762)
200 S. Biscayne Blvd, Suite 5500
Miami, FL 33131
Telephone: (305) 357-3861
vel@rcfllp.com

Attorneys for IRA KLEIMAN, as Personal Representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IN RE SUBPOENA TO M.L.<br><br>IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | Misc. Case No. 2:20-mc-44<br><br>Underlying Litigation:<br>Case No. 9:18-cv-80176-BB<br>United States District Court<br>Southern District of Florida<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>[LOCAL CIVIL RULE 79-5.2.2(a)] |

[PROPOSED] ORDER GRANTING APPLICATION

1   This matter came before the Court on an Application for Leave to File Under Seal filed by Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, "Plaintiffs").

   Plaintiffs sought an order sealing the following documents (the "Documents"): (1) Notice of Motion to Compel Compliance with Subpoena; (2) Joint Stipulation Under Local Rule 37-2 Regarding Plaintiffs' Motion to Compel Compliance with Subpoena; (3) Declaration of Velvel (Devin) Freedman in Support of Plaintiffs' Motion to Compel Compliance with Subpoena and the attached Exhibits 3, 4, and 5; (4) Proposed Agreed Order Granting Plaintiffs' Motion to Compel Compliance with Subpoena; (5) Plaintiffs' Application for Leave to File Case Under Seal; (6) Declaration of Velvel (Devin) Freedman in Support of Plaintiffs' Application for Leave to File Case Under Seal; and (7) Proposed Order Granting Plaintiffs' Application for Leave to File Case Under Seal.  Plaintiffs further sought an order changing the name of the above-captioned matter to "In re Subpoena to M.L."

   Due and adequate notice having been given to the parties, and the Court having considered all papers filed and proceedings had herein, the Court finds good cause to (1) seal the Documents to the extent provided by Plaintiffs' proposed redactions and (2) modify the name of the case in order to protect the privacy interests and personal safety of the witness and the witness's family.  Based on that conclusion, this Court issues the orders set forth below:

   1.  Plaintiffs' Application for Leave to File Under Seal is GRANTED; and

   2.  The Documents shall be sealed to the extent provided by Plaintiffs' proposed redactions.

   IT IS SO ORDERED.

Dated: _____      _____
                       U.S. DISTRICT COURT JUDGE

-1-
[PROPOSED] ORDER GRANTING APPLICATION