

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

| | |
|---|---|
| **Joshua E. Doyle**<br>Executive Director | 850/561-5600<br>www.FLORIDABAR.org |

State of Florida    )

County of Leon    )         In Re:  0099762
                             Devin Freedman
                             Roche Freedman LLP
                             200 S Biscayne Blvd Ste 5500
                             Miami, FL 33131-2333

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 3, 2012**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 30th day of **March**, **2020**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-77641