Name and address:
ROCHE CYRULNIK FREEDMAN LLP
DEVIN FREEDMAN (Fla. Bar. No. 99762) 200 S. Biscayne Blvd, Suite 5500
Miami, FL 33131

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| IN RE SUBPOENA TO M. L. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 20-mc-00044 |
| v. | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Freedman, Devin     of   Roche Cyrulnik Freedman LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    200 S. Biscayne Blvd, Suite 5500
(305) 357-3861        (646) 392-8842                                           Miami, FL 33131
*Telephone Number*    *Fax Number*
vel@rcfllp.com
*E-Mail Address*                                                                     *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

*Name(s) of Party(ies) Represented*         ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

and designating as Local Counsel
Eskovitz, Katherine, A.                      of   Roche Cyrulnik Freedman LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    158 26th Street, Suite 175
255105        (646) 791-6883        (646) 392-8842                  Santa Monica, CA 90403
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
keskovitz@rcfllp.com
*E-Mail Address*                                                                     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application: _____
          ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
          ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
          ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                                               _____
                                                             U.S. District Judge/U.S. Magistrate Judge