Case 2:20-mc-00044-JFW-KS   Document 17   Filed 04/21/20   Page 1 of 2   Page ID #:312

**ROCHE CYRULNIK FREEDMAN LLP**
KATHERINE ESKOVITZ (SBN 255105)
158 26th Street, Suite 175
Santa Monica, CA 90403
Telephone: (929) 457-0050
keskovitz@rcfllp.com

VELVEL (DEVIN) FREEDMAN (Fla. Bar. No. 99762)
200 S. Biscayne Blvd, Suite 5500
Miami, FL 33131
Telephone: (305) 357-3861
vel@rcfllp.com

Attorneys for IRA KLEIMAN, as Personal Representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO M.L. | Misc. Case No. 2:20-mc-44 |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | Underlying Litigation:<br>Case No. 9:18-cv-80176-BB<br>United States District Court<br>Southern District of Florida<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

1. At the time of service I was over 18 years of age and not a party to this action. My business address is 99 Park Avenue, Suite 1910, New York, NY 10016.

2. On April 20, 2020, I served the following documents:

    (a) Notice of Motion to Compel Compliance with Subpoena;

    (b) Declaration of Velvel (Devin) Freedman in Support of Plaintiffs' Motion to Compel Compliance with Subpoena;

    (c) Joint Stipulation Under Local Rule 37-2 Regarding Plaintiffs' Motion to Compel Compliance with Subpoena; and

    (d) Proposed Agreed Order Granting Plaintiffs' Motion to Compel Compliance with Subpoena.

3. I served the documents on M.L.'s attorney, Richard Buckner, via email at rbuckner@GlaserWeil.com.

4. Mr. Buckner consented to service by these means.

I declare the foregoing statements to be true under the penalties of perjury under the laws of the United States of America.

Dated: April 20, 2020           /s/ Stephen Lagos
                                Stephen Lagos