Name and address:
ROCHE CYRULNIK FREEDMAN LLP
DEVIN FREEDMAN (Fla. Bar. No. 99762) 200 S. Biscayne Blvd, Suite 5500
Miami, FL 33131

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENA TO M. L.<br><br>v.<br>Plaintiff(s)<br><br><br>Defendant(s). | CASE NUMBER<br>20-mc-00044<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Freedman, Devin                                of   Roche Cyrulnik Freedman LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    200 S. Biscayne Blvd, Suite 5500
(305) 357-3861        (646) 392-8842                Miami, FL 33131
*Telephone Number*    *Fax Number*
vel@rcfllp.com
*E-Mail Address*                                    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

*Name(s) of Party(ies) Represented*     [X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

and designating as Local Counsel
Eskovitz, Katherine, A.                        of   Roche Cyrulnik Freedman LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    158 26th Street, Suite 175
255105        (646) 791 6883    (646) 392-8842      Santa Monica, CA 90403
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
keskovitz@rcfllp.com
*E-Mail Address*                                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
[X] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
         [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
         [ ] for failure to complete Application:
           [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
         [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: [ ] be refunded  [X] not be refunded.

Dated   April 21, 2020                                *Karen L. Stevenson*
                                                     ~~U.S. District Judge~~/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1