**ROCHE CYRULNIK FREEDMAN LLP**
KATHERINE ESKOVITZ (SBN 255105)
158 26th Street, Suite 175
Santa Monica, CA 90403
Telephone: (929) 457-0050
keskovitz@rcfllp.com

VELVEL (DEVIN) FREEDMAN (Fla. Bar. No. 99762)
200 S. Biscayne Blvd, Suite 5500
Miami, FL 33131
Telephone: (305) 357-3861
vel@rcfllp.com

Attorneys for IRA KLEIMAN, as Personal Representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO M.L. | Misc. Case No. 2:20-mc-44 |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | Underlying Litigation:<br>Case No. 9:18-cv-80176-BB<br>United States District Court<br>Southern District of Florida<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO SEAL THE COURT'S ORDER DATED APRIL 22, 2020**<br><br>Judge:         Hon. Karen L. Stevenson<br>Hearing Date:  TBD<br>Hearing Time:  TBD<br>Courtroom:     TBD |

MOTION TO SEAL

# NOTICE OF MOTION AND MOTION TO SEAL

PLEASE TAKE NOTICE THAT Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, "Plaintiffs") move to seal the Court's order dated April 22, 2020, to the extent provided by Plaintiffs' proposed redactions.

Respectfully submitted,

Dated: April 23, 2020

/s/   Katherine Eskovitz
Katherine Eskovitz (SBN 255105)
**ROCHE CYRULNIK FREEDMAN LLP**
158 26th Street, Suite 175
Santa Monica, CA 90403
Telephone: (929) 457-0050
keskovitz@rcfllp.com

Velvel (Devin) Freedman
Florida Bar No. 99762
200 S. Biscayne Blvd, Suite 5500
Miami, Florida 33131
Telephone: (305) 357-3861
vel@rcfllp.com
nbermond@rcfllp.com

*Counsel to Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, "Plaintiffs") hereby move to seal the Court's order dated April 22, 2020 (Dkt. 20) (the "Order").

A court order may properly be sealed to the extent that it "contains information that the Court previously allowed to be filed under seal." *Space Data Corp. v. Alphabet Inc.*, No. 16-cv-03260, 2019 WL 8012679, at *1-2 (N.D. Cal. June 6, 2019). Here, Plaintiffs respectfully request that the Order be sealed because it contains such information.

On April 20, 2020, the Court granted Plaintiffs' Application for Leave to File Under Seal. (*See* Dkt. 13.) As part of that order, the Court authorized Plaintiffs to file documents relating to their Motion to Compel Compliance with Subpoena ("Motion to Compel") under seal. In particular, the Court found that there was good cause for Plaintiffs to file their Proposed Agreed Order Granting Plaintiffs' Motion to Compel Compliance with Subpoena (the "Proposed Order") under seal "to the extent provided by Plaintiffs' proposed redactions." (*Id.*) Accordingly, later that day, Plaintiffs filed the Motion to Compel and the Proposed Order under seal. (*See* Dkt. 16.) On April 22, the Court granted Plaintiffs' Motion to Compel and entered the Order, which was an executed version of the Proposed Order without any redactions. (*Compare* Dkt. 16-13, *with* Dkt. 20.)

For the same reasons that the Court previously authorized Plaintiffs to file the Proposed Order under seal, Plaintiffs respectfully request that the Court seal the Order to the extent provided by Plaintiffs' proposed redactions. These proposed redactions are equivalent to those that the Court approved as part of its April 20 order authorizing Plaintiffs to file the Proposed Order under seal. (*See* Dkt. 13; *compare* Dkt. 12-8, *with* Declaration of Velvel (Devin) Freedman, Ex. 1.)

Dated: April 23, 2020

Respectfully submitted,

*/s/ Katherine Eskovitz*
Katherine Eskovitz (SBN 255105)
**ROCHE CYRULNIK FREEDMAN LLP**
158 26th Street, Suite 175

MOTION TO SEAL

1  
2  Santa Monica, CA 90403  
   Telephone: (929) 457-0050  
3  keskovitz@rcfllp.com  

4  Velvel (Devin) Freedman  
   Florida Bar No. 99762  
5  200 S. Biscayne Blvd, Suite 5500  
   Miami, Florida 33131  
6  Telephone: (305) 357-3861  
   vel@rcfllp.com  
7  nbermond@rcfllp.com  

8  *Counsel to Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

MOTION TO SEAL

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 22, 2020, I served the foregoing document to M.L.'s attorneys via email at rbuckner@glaserweil.com and pglaser@glaserweil.com.

/s/ *Katherine Eskovitz*
Katherine Eskovitz