**ROCHE CYRULNIK FREEDMAN LLP**
KATHERINE ESKOVITZ (SBN 255105)
158 26th Street, Suite 175
Santa Monica, CA 90403
Telephone: (929) 457-0050
keskovitz@rcfllp.com

VELVEL (DEVIN) FREEDMAN (Fla. Bar. No. 99762)
200 S. Biscayne Blvd, Suite 5500
Miami, FL 33131
Telephone: (305) 357-3861
vel@rcfllp.com

Attorneys for IRA KLEIMAN, as Personal Representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO M.L. | Misc. Case No. 2:20-mc-44 |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | Underlying Litigation:<br>Case No. 9:18-cv-80176-BB<br>United States District Court<br>Southern District of Florida<br><br>**DECLARATION OF VELVEL (DEVIN) FREEDMAN IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL** |

DECLARATION

# DECLARATION OF VELVEL (DEVIN) FREEDMAN

1. I am an attorney for Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, "Plaintiffs"). I am admitted to practice in the U.S. Supreme Court, Florida, District of Columbia, U.S. Court of Appeals for the Ninth and Eleventh Circuits, and all U.S. District Courts in Florida.

2. I am over the age of eighteen. The statements in this declaration are based on my personal knowledge and they are true and accurate to the best of my knowledge and belief. I make this declaration in support of Plaintiffs' Motion to Seal, filed contemporaneously with this declaration.

3. Attached as Exhibit 1 is a true and correct copy of the Court's order dated April 22, 2020 (Dkt. 20) (the "Order"), with proposed redactions.

I declare the foregoing statements to be true under the penalty of perjury under the laws of the United States of America.

Dated: April 23, 2020

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.

-1-

DECLARATION