# EXHIBIT 1

1  **ROCHE CYRULNIK FREEDMAN LLP**
   KATHERINE ESKOVITZ (SBN 255105)
2  158 26th Street, Suite 175
   Santa Monica, CA 90403
3  Telephone: (929) 457-0050
   keskovitz@rcfllp.com
4
   VELVEL (DEVIN) FREEDMAN (Fla. Bar. No. 99762)
5  200 S. Biscayne Blvd, Suite 5500
   Miami, FL 33131
6  Telephone: (305) 357-3861
   vel@rcfllp.com
7
   Attorneys for IRA KLEIMAN, as Personal
8  Representative of the Estate of David Kleiman,
   and W&K INFO DEFENSE RESEARCH, LLC
9

10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13                      **WESTERN DIVISION**

14

15 | IN RE SUBPOENA TO ▇▇▇ | Misc. Case No. 20-MC-44
16 | ▇▇▇ |
   |                                            | Underlying Litigation:
17 | IRA KLEIMAN, as the personal               | Case No. 9:18-cv-80176-BB
   | representative of the Estate of David      | United States District Court
18 | Kleiman, and W&K Info Defense              | Southern District of Florida
   | Research, LLC,                             |
19 |                                            | **[DISCOVERY MATTER]**
   |           Plaintiffs,                      |
20 |                                            | ~~[PROPOSED]~~ **AGREED ORDER**
   |     v.                                     | **GRANTING PLAINTIFFS' MOTION TO**
21 |                                            | **COMPEL COMPLIANCE WITH**
   | CRAIG WRIGHT,                              | **SUBPOENA**
22 |                                            |
   |           Defendant.                       |
23

24

25

26

27

28

[PROPOSED] AGREED ORDER GRANTING MOTION TO COMPEL

1  This matter came before the Court on a Motion to Compel Compliance with Subpoena filed by Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, "Plaintiffs"). Plaintiffs sought an order compelling ▮ ▮ to comply with a subpoena (the "Subpoena") issued by the United States District Court for the Southern District of Florida in connection with an action pending in that district, *Kleiman v. Wright*, No. 9:18-cv-80176-BB (S.D. Fla.) (the "Florida Action").

In particular, Plaintiffs sought an order finding the agreement reached by counsel was reasonable and necessary for the protection of ▮ privacy and safety. Having reviewed the record, and being otherwise appraised, the Court agrees the restrictions agreed by Counsel adequately balance Plaintiffs' need for the information and ▮ need for privacy. Accordingly, it is ORDERED AND ADJUDGED that Plaintiffs' Motion to compel is GRANTED. It is further ORDERED that:

1. ▮ shall sit for a deposition in the Florida Action on April 30, 2020 for no longer than 20 minutes on the record;

1. Due to the ongoing COVID-19 pandemic, the deposition of ▮ shall take place via telephone, on a password protected line, with no video recording;

2. Plaintiffs shall have ten minutes to depose ▮;

3. The subject of the deposition shall be strictly limited to ▮ ▮ ▮;

4. Any cross-examination of ▮ shall be limited to ten minutes and the subjects described in the preceding paragraph;

5. The transcript from the deposition of ▮ (the "Transcript") shall be designated, either by Plaintiffs or ▮, "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Confidentiality Order governing the Florida Action;

6. To protect ▮ privacy interests, in the event that the Transcript is attached to any filing in the Florida Action, Plaintiffs are to make best efforts to file the

-1-
[PROPOSED] AGREED ORDER GRANTING MOTION TO COMPEL

1 transcript under seal and to advise ▮▮▮ counsel if this filing occurs so they can intervene
2 if necessary; and
3     7. To further protect ▮▮▮ privacy interests, in the event that the Transcript is
4 used at trial, Plaintiffs are to make best efforts to seal the courtroom, and obtain an instruction
5 from the Southern District of Florida that the jury and all parties and their counsel are not to
6 repeat any information contained in the Transcript.
7     IT IS SO ORDERED.

Dated: April 22, 2020

    /s/ Karen L. Stevenson
    U.S. MAGISTRATE JUDGE