1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ROCHE CYRULNIK FREEDMAN LLP**
KATHERINE ESKOVITZ (SBN 255105)
158 26th Street, Suite 175
Santa Monica, CA 90403
Telephone: (929) 457-0050
keskovitz@rcfllp.com

VELVEL (DEVIN) FREEDMAN (Fla. Bar. No. 99762)
200 S. Biscayne Blvd, Suite 5500
Miami, FL 33131
Telephone:  (305) 357-3861
vel@rcfllp.com

Attorneys for IRA KLEIMAN, as Personal
Representative of the Estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO M.L. | Misc. Case No. 2:20-mc-44 |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CRAIG WRIGHT, <br><br> Defendant. | Underlying Litigation: <br> Case No. 9:18-cv-80176-BB <br> United States District Court <br> Southern District of Florida <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL** |

[PROPOSED] ORDER GRANTING MOTION TO SEAL

1       This matter came before the Court on a Motion to Seal filed by Ira Kleiman, as personal

2   representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

3   (collectively, "Plaintiffs").

4       Plaintiffs sought an order sealing the Court's order dated April 22, 2020 (Dkt. 20) (the

5   "Order").  Due and adequate notice having been given to the parties, and the Court having

6   considered all papers filed and proceedings had herein, the Court finds good cause to seal the

7   Order to the extent provided by Plaintiffs' proposed redactions to protect the privacy interests

8   and personal safety of the witness and the witness's family.  Based on that conclusion, this

9   Court issues the orders set forth below:

10          1.      Plaintiffs' Motion to Seal is GRANTED; and

11          2.      The Order shall be sealed to the extent provided by Plaintiffs' proposed

12  redactions.

13          IT IS SO ORDERED.

14

15  Dated: _____                    _____

16                                                          U.S. DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28
                                            -1-
[PROPOSED] ORDER GRANTING MOTION TO SEAL